# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

| | |
|---|---|
| **MAUREEN O'GORMAN,**<br><br>*Plaintiff*,<br><br>**v.**<br><br>**GLOBAL TEL\*LINK CORPORATION d/b/a VIAPATH TECHNOLOGIES, INC.,**<br><br>*Defendant*. | **CASE NO.: 7:24-CV-66** |

## COMPLAINT AND JURY REQUEST

**NOW COMES** the Plaintiff, Maureen O'Gorman ("O'Gorman"), and complaining of the Defendant, Global Tel\*link Corporation d/b/a ViaPath Technologies, Inc. ("Viapath"), alleges the following to be true:

### INTRODUCTION

1      This action arises from ViaPath's failure to promote O'Gorman based on sex in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.* and failure to pay O'Gorman an equal wage under the Equal Pay Act, 29 U.S.C. § 206(d).

2      Each paragraph of this Complaint incorporates all others, and all exhibits are incorporated as if fully laid out herein.

Case 7:24-cv-00066-FL    Document 1    Filed 02/06/24    Page 1 of 9

## PARTIES, JURISDICTION, AND VENUE

3      O'Gorman is a resident of Columbus County, North Carolina, and is neither a minor nor incompetent.

4      ViaPath is a foreign corporation doing business in multiple counties across the Eastern District of North Carolina, and a registered agent in Raleigh, North Carolina.

5      This Court has subject-matter jurisdiction over this action pursuant to any/all of the following:

   5.1      28 U.S.C. § 1331, as the action arises out of 42 U.S.C. §§ 2000e et seq. and 29 U.S.C. § 206(d);

6      This Court has personal jurisdiction over all parties to this matter pursuant to any/all of the following:

   6.1      Rule 4(k)(1)(A) of the Federal Rules of Civil Procedure, which requires the federal district courts to use the rules for personal jurisdiction of the state where the district court is located;

   6.2      N.C. Gen. Stat. § 1-75.4(1)(d), as ViaPath was engaged in substantial business activity within this state at the time service of process was made upon it.

   6.3      N.C. Gen. Stat. § 1-75.4(3), as this action arises from a local act or omission causing injury to O'Gormon's person or property.

7      Venue is proper in this Court pursuant to any/all of the following:

**7.1** 28 U.S.C. § 1391(b)(1), as all Defendants are residents of North Carolina and at least one defendant is a resident of the Eastern District of North Carolina;

**7.2** 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to this action occurred in the Eastern District of North Carolina.

## STATEMENT OF THE FACTS

**8** O'Gorman began working for Public Communications Services in 1999.

**9** ViaPath purchased Public Communications Services in 2010.

**10** ViaPath retained O'Gorman as a Field Service Manager ("FSM"), a job whose duties were mostly the same as they had been with Public Communications Services.

**11** O'Gormon's FSM position was focused on providing telecommunications service to institutional clients, specifically prisons, and involved managing a team of between 10 and 23 direct reports.

**12** On September 6, 2022, a position for Associate Vice President, Field Services – Eastern Region, was posted internally.

**13** O'Gorman applied for the position and interviewed with a recruiter, Corey Eveler "Eveler".

**14** When O'Gorman checked the post a week later, the post was gone and a new posting for Associate Vice President, Service Delivery Southeast Region, had been posted in its place.

**15** The new posting was virtually the same as the first one.

16      O'Gorman contacted Eveler and asked if he had transferred her application to the new posting.

17      Eveler said he had not and acted surprised that she would want the job, even though it was basically the same as the one she had just applied for.

18      The position required 12+ years of strategic and tactical operational planning/delivery experience with a heavy emphasis on customer delivery and customer satisfaction, 5+ years of direct experience in a management/senior leadership role ideally focused on oversight of dispersed teams, and a bachelor's degree from a four-year college or university or equivalent years of experience.

19      O'Gormon's FSM position, which she had been in for 12 years, and her prior position with Public Communications Services which she had been in from 1999 to 2010, were both strategic and tactical operational planning/delivery and customer service positions.

20      O'Gorman had directly managed between 10 and 23 employees for the past 12 years of employment with ViaPath.

21      O'Gorman does not have a bachelor's degree from a four-year college, but has decades of relevant experience.

22      O'Gorman applied for the position and interviewed with Ken McNeil, Phijara Parson, and Senior Vice President Aaron Webster ("Webster"), who was the ultimate decisionmaker.

23      Webster has historically treated female employees differently than male employees.

24      In July 2022, Webster terminated two female FSMs.

One, Adelaida Teruel, was the senior member of the Southeast Team. She was told her position was being eliminated, but a few months later her position was reopened and a male was hired to replace her.

Teruel shared responsibility for the county jails in Florida with male FSM, but only her position was eliminated, not the male's.

The other, Lori Yount ("Yount"), was terminated without any prior discipline or reason given, then immediately replaced by a male technician who had no prior experience.

Webster harassed a female FSM so severely that one of her male colleagues went to HR on her behalf. The female FSM would not report Webster herself for fear of retaliation.

On one occasion, when Webster was informed that a male potential new hire had a sexual harassment allegation against him, he told Phatjira Parson (female) to close her ears and then said, "just because he asked for sex doesn't mean he touched her."

Webster hired Greg Bonner ("Bonner") for the Associate Vice President position.

Bonner was a male external hire with a sales background and no experience in the sort of operational work required by the position.

After Yount was terminated, her replacement, the unexperienced former technician, told her how much he was getting paid. It was more than Yount or O'Gorman were paid for the same position.

This prompted O'Gorman to start actively questioning her pay to HR and other employees.

On February 14, 2023, O'Gorman filed a charge of discrimination with the EEOC alleging failure to promote and unequal pay based on sex.

**35**      Bonner was terminated on October 6, 2023.

**36**      Bonner was replaced by another male, Robert Monroe.

**37**      After Bonner was terminated, he told O'Gorman that he put in for a raise for her and Kelly Conn ("Conn") because they were the lowest paid members of their team.

**38**      O'Gorman and Conn were the only females on their team of 7 FSMs.

**39**      O'Gorman has been with ViaPath the longest but makes between $15,000 and $20,000 less than the highest paid male on her team.

**40**      On November 1, 2023, HR issued O'Gorman a final written warning because she approved a time card for an employee who worked overtime. The employee asked O'Gorman to change the time card, so O'Gorman forwarded the request. The employee then told HR that he had in fact worked the overtime. HR wrote O'Gorman up even though she followed the correct processes and provided proof that she had done so.

**41**      O'Gorman received a notice of right to sue from the eeoc on November 9, 2023.

**42**      ViaPath has 501 or more employees.

**FIRST CAUSE OF ACTION**
**Sex Discrimination – Failure to Promote**
*42 U.S.C. §§ 2000e* et. seq.

**43**      O'Gorman is female, a member of a protected class.

**44**      O'Gorman applied for the Associate Vice President, Service Delivery Southeast Region, position.

**45**      O'Gorman was qualified for that position.

**46**      O'Gormon's application was rejected under circumstances that give rise to an inference of discrimination.

## SECOND CAUSE OF ACTION
### Unequal Pay for Equal Work
*29 U.S.C. § 206(d).*

47      O'Gorman was paid different wages to employees of the opposite sex for equal FSM work.

48      O'Gormon's fellow FSMs' jobs had equal skill, effort, and responsibility, and were performed under similar working conditions.

## PRAYER FOR PUNITIVE DAMAGES

49      Defendant is liable for compensatory damages and at least one of the following factors was present and related to the conduct for which it is liable:

    49.1      Malice;

    49.2      An evil motive; and/or

    49.3      Callous indifference to a federally protected right.

50      Officers, directors, and/or managers of Defendant participated in and/or condoned the conduct constituting the aggravating factor giving rise to punitive damages.

## REQUEST FOR JURY TRIAL

51      Plaintiff requests a trial by jury on all issues so triable.

   WHEREFORE, the Plaintiff respectfully requests this Court that it:

1      Enter Judgment for O'Gorman against Defendant on all causes of action contained herein;

2      Award O'Gorman damages, including punitive damages, in an amount to be determined at trial;

Case 7:24-cv-00066-FL    Document 1    Filed 02/06/24    Page 7 of 9

**3**      Tax the costs of this action against Defendant and award O'Gorman reasonable attorney fees as permitted by law, and;

**4**      Grant such other and further relief as the Court deems just and proper.

*Respectfully submitted on this, the 6th day of February 2024,*

**/s/ WILSON FONG**
*Attorney for the Plaintiff*
NC State Bar No. 50708
HENSEL LAW, PLLC
Post Office Box 39270
Greensboro, North Carolina 27438 Phone:
(336) 218-6466
Fax: (336) 218-6467
will.fong@hensellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024 , I electronically filed the foregoing Complaint

and Request for Jury Trial with the Clerk of Court using the CM/ECF system, and will serve the

following by Certified Mail, return receipt:

> Global Tel*link Corporation
> d/b/a ViaPath Technologies, Inc.
> c/o Incorp Services, Inc.
> 176 Mine Lake Court, Suite 100
> Raleigh, NC 27615-6417
> *Defendant*

> **/s/ WILSON FONG**
> *Attorney for the Plaintiff*
> NC State Bar No. 50708
> HENSEL LAW, PLLC
> Post Office Box 39270
> Greensboro, North Carolina 27438 Phone:
> (336) 218-6466
> Fax: (336) 218-6467
> will.fong@hensellaw.com